

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

Federal Center               716/843-5700
138 Delaware Avenue          fax 716/551-3052
Buffalo, New York  14202     Writer's Telephone:  716/843-5868
                             Writer's fax:  716/551-3052
                             Douglas.Penrose@usdoj.gov

May 28, 2019

Joel M. Cohen
Gibson Dunn & Crutcher, LLP
200 Park Avenue
New York, New York 10166

Re:  Robert Morgan
     Superseding Indictment No. 18-108 EAW

Dear Mr. Cohen:

    Our records reflect that your client, Robert Morgan, has an interest in some of the real properties set forth in the Superseding Indictment. By this correspondence, I am informing you that there are legal consequences to interfering with property that is subject to forfeiture. It is a crime to knowingly take action that interferes with the forfeiture of property for the purposes of preventing or impairing the government's lawful authority to seize and hold it, or impairing or defeating the Court's jurisdiction over it, pursuant to Title 18, United States Code, Section 2232. Section 2232 also prohibits the destruction, dissipation, waste, disposal, or transfer of property subject to forfeiture.

    We will be discussing with you a possible Stipulation to insure that the real properties are maintained in a manner that will preserve their value and protect the interests of third parties and the tenants residing at those properties.

    If you have any questions regarding this matter, please contact me at 716-843-5868.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY:  Douglas A. Penrose
     Assistant United States Attorney