```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
   THE UNITED STATES OF AMERICA,                            :
                                                            :
                                                            :
v.                                                          :
                                                            :
   ROBERT C. MORGAN,                                        :    18-CR-108-EAW
                                                            :
                             Defendant.                     :
                                                            :
                                                            :
------------------------------------------------------------x
```

### [PROPOSED] ORDER GRANTING MOTION FOR ORDER CONFIRMING THE LACK OF PRETRIAL RESTRAINT ON DEFENDANT ROBERT C. MORGAN'S PROPERTY AND ENJOINING THE GOVERNMENT AGAINST FURTHER UNLAWFUL RESTRAINT

This matter having come before the Court, and the Court having considered the written submissions and statements at the hearing, and good cause having been shown, the Court hereby **ORDERS** as follows:

It is **ORDERED** that Mr. Robert C. Morgan's Expedited Motion for an order confirming the lack of pretrial restraint on Mr. Morgan's property and enjoining the government against further unlawful restraint is **GRANTED**.

The Court hereby orders as follows:

**ORDERED** that in the present criminal action pending before the Court, none of the properties in which Mr. Morgan has an ownership interest, directly or indirectly, are currently subject to a lawful pretrial restraint or seizure by the United States and, as such, there is no restriction or impediment on the sale, transfer, or disposition of any proceeds of such properties at this time;

**FURTHER ORDERED** that the government is enjoined from further interference with the sale, transfer, or disposition of proceeds of any properties in which Mr. Morgan has an ownership interest, directly or indirectly, absent an application by the government to the Court and an subsequent order from the Court pursuant to 21 U.S.C. § 853;

**FURTHER ORDERED** that the government shall provide notice of the same to all third parties to whom the government has previously communicated about criminal or civil forfeiture related to this action.

**SO ORDERED**.

Dated: Rochester, New York
      July _____, 2019

                                                           _____
                                                           United States District Judge