# Exhibit F

| | |
|---|---|
| **From:** | Kane, Mary (USANYW) |
| **To:** | Bonsignore, James J.; "Samuel Silverman Esq," |
| **Cc:** | Pronti, James P.; "Zahava Silverman" |
| **Subject:** | RE: Eden Square |
| **Date:** | Wednesday, June 05, 2019 10:58:42 AM |
| **Attachments:** | image001.jpg<br>ATT00001.txt |

Jim,

No to this change re: Third Parties.

See 21 USC 853(k).

==(k) Bar on intervention Except as provided in subsection (n), no party claiming an interest in property subject to forfeiture under this section may—==

(1) intervene in a trial or appeal of a criminal case involving the forfeiture of such property under this section; or

(2) commence an action at law or equity against the United States concerning the validity of his alleged interest in the property subsequent to the filing of an indictment or information alleging that the property is subject to forfeiture under this section.

853(n) permits petitions by 35rd parties after a final order of Forfeiture is entered a/k/a ancillary proceedings.

While they can apply- USAO will oppose such a claim.

MCK

**From:** Bonsignore, James J.
**Sent:** Wednesday, June 05, 2019 10:44 AM
**To:** 'Samuel Silverman Esq,' ; Kane, Mary (USANYW)
**Cc:** Pronti, James P. ; 'Zahava Silverman'
**Subject:** RE: Eden Square

Mary and Sam:

Working from Sam's redline, I have also inserted language requested by the Cranberry Vista Apartments LLC principals in redline format. Please advise if the inserted language is acceptable.

Jim

James J. Bonsignore, Esq.

Of Counsel

Company Logo

Direct Dial: 585-987-2903
Direct Fax: 585-362-4619

jbonsignore@woodsoviatt.com

Firm Phone: 585-987-2800
Firm Fax: 585-454-3968
woodsoviatt.com

Please take note above, that along with our office move, that my direct dial telephone number and direct fax number have changed. Please update your contacts and address book with the new number shown above. Thank you!

*1900 Bausch & Lomb Place, Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Samuel Silverman Esq, [mailto:silvermans@silvermanlaw.net]
**Sent:** Wednesday, June 05, 2019 10:31 AM
**To:** 'Kane, Mary (USANYW)'
**Cc:** Pronti, James P.; 'Zahava Silverman'; Bonsignore, James J.
**Subject:** RE: Eden Square

Thanks Mary, just wanted to make sure you saw the extra signature and consent of the SEC that Evan added on the last page.

Sam

**From:** Kane, Mary (USANYW)
**Sent:** Wednesday, June 5, 2019 10:28 AM
**To:** Samuel Silverman Esq,
**Cc:** 'Pronti, James P.' ; 'Zahava Silverman' ; 'Bonsignore, James J.'
**Subject:** RE: Eden Square

# Sam

# I think this accepts you changes but I have to fix my email address.

# Looking into highlighted area

# MCK

**From:** Samuel Silverman Esq, <silvermans@silvermanlaw.net>
**Sent:** Wednesday, June 05, 2019 10:19 AM
**To:** Kane, Mary (USANYW) <MKane@usa.doj.gov>

**Cc:** 'Pronti, James P.' <jpronti@woodsoviatt.com>; 'Zahava Silverman' <Zahava@silvermanlaw.net>; 'Bonsignore, James J.' <JBonsignore@woodsoviatt.com>
**Subject:** RE: Eden Square

Good Morning Mary:

Please see the attached redline which includes comments from lender's counsel, Evan Blau of Cassin and Cassin. He wanted me to explain the importance of the SEC being a party to the agreement as necessary to obtain marketable title. Accordingly, he added their signature to it.

In addition to the redline, I received the following note from the underwriter through the title agent:

==We must have clear, concise Release language contained in the Settlement Agreements to be executed by the Justice Department and the Securities and Exchange Commission whereby Old Republic and Landview Title Agency, LLC, is released from any liability. The Agreements must also contain clear language that the property in question will be released from any forfeiture on the part of the Justice Department and also on the part of Securities and Exchange Commission.==

I am happy to add lender's counsel and the title agent to an email chain if you feel that will help.

Sam

**From:** Kane, Mary (USANYW) <Mary.Kane@usdoj.gov>
**Sent:** Tuesday, June 4, 2019 4:58 PM
**To:** Samuel Silverman Esq, <silvermans@silvermanlaw.net>; 'Bonsignore, James J.' <JBonsignore@woodsoviatt.com>
**Cc:** 'Pronti, James P.' <jpronti@woodsoviatt.com>; 'Zahava Silverman' <Zahava@silvermanlaw.net>
**Subject:** RE: Eden Square

OK thanks!

**From:** Samuel Silverman Esq, <silvermans@silvermanlaw.net>
**Sent:** Tuesday, June 04, 2019 4:50 PM
**To:** Kane, Mary (USANYW) <MKane@usa.doj.gov>; 'Bonsignore, James J.' <JBonsignore@woodsoviatt.com>
**Cc:** 'Pronti, James P.' <jpronti@woodsoviatt.com>; 'Zahava Silverman' <Zahava@silvermanlaw.net>
**Subject:** RE: Eden Square

Sorry Mary, I should have been clearer, I was responding to Jim's email, it's the agent he listed, here's their info:

Mindy Braun
Landview Title Agency, LLC
750 Chestnut Ridge Road, Suite 118
Chestnut Ridge NY 10977
P: 646-520-0601
F: 646-751-1519
E: info@landviewtitle.com

**From:** Kane, Mary (USANYW) <Mary.Kane@usdoj.gov>
**Sent:** Tuesday, June 4, 2019 4:46 PM
**To:** Samuel Silverman Esq, <silvermans@silvermanlaw.net>; 'Bonsignore, James J.' <JBonsignore@woodsoviatt.com>
**Cc:** 'Pronti, James P.' <jpronti@woodsoviatt.com>; 'Zahava Silverman' <Zahava@silvermanlaw.net>
**Subject:** RE: Eden Square

## Sam

## Who will be acting as escrow agent?

**From:** Samuel Silverman Esq, <silvermans@silvermanlaw.net>
**Sent:** Tuesday, June 04, 2019 4:43 PM
**To:** 'Bonsignore, James J.' <JBonsignore@woodsoviatt.com>; Kane, Mary (USANYW) <MKane@usa.doj.gov>
**Cc:** 'Pronti, James P.' <jpronti@woodsoviatt.com>; 'Zahava Silverman' <Zahava@silvermanlaw.net>
**Subject:** RE: Eden Square

Jim:

That is correct and the stip should be amended to reflect that they will be acting as the escrow agent and disbursing (instead of myself). However, please keep in mind that the title company may be required (by either the lender or their underwriter) to actually use the underwriter, Old Republic National Title Insurance Company for the closing disbursements.

Besides my comment above, I need both the title underwriter and our lender's sign-off or comments which I am actively working on. I do not know how long it will take and what the lead time will be to close after final approval, but I will do everything in my power to move this along.

Sam

**From:** Bonsignore, James J. <JBonsignore@woodsoviatt.com>
**Sent:** Tuesday, June 4, 2019 4:26 PM
**To:** 'Kane, Mary (USANYW)' <Mary.Kane@usdoj.gov>; silvermans@silvermanlaw.net
**Cc:** Pronti, James P. <jpronti@woodsoviatt.com>
**Subject:** RE: Eden Square

Understood and of course. We would deliver all seller's documents to the title company in escrow pending confirmation of the escrow agent's receipt of closing funds from buyer. The title company acting as escrow agent would then wire payoff funds to the existing lender.

The title company is actually located in NY. Sam, please correct me if anything I've stated is incorrect. The agent's contact information is below. Lastly, for everyone's information, I attach a copy of the most recent payoff statement for purposes of calculating figures for the closing settlement statement.

Jim

Title Agent:
Mindy Braun
Landview Title Agency, LLC
750 Chestnut Ridge Road, Suite 118
Chestnut Ridge NY 10977
P: 646-520-0601
F: 646-751-1519
E: info@landviewtitle.com

James J. Bonsignore, Esq.
Of Counsel
Direct Dial: 585-987-2903
Direct Fax: 585-362-4619



jbonsignore@woodsoviatt.com

Firm Phone: 585-987-2800

Firm Fax: 585-454-3968
woodsoviatt.com

Please take note above, that along with our office move, that my direct dial telephone number and direct fax number have changed. Please update your contacts and address book with the new number shown above. Thank you!

*1900 Bausch & Lomb Place, Rochester, New York 14604*

A Member of **MERITAS** Firms Worldwide.

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS CONFIDENTIAL, MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR REVIEW AND USE BY THE ADDRESSEE. UNAUTHORIZED USE, DISCLOSURE OR COPYING OF THIS COMMUNICATION OR ANY PART THEREOF IS STRICTLY PROHIBITED AND MAY BE UNLAWFUL. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DESTROY THIS COMMUNICATION, INCLUDING ALL ATTACHMENTS. PLEASE NOTIFY US IMMEDIATELY BY RETURN E-MAIL OR CALL 585-987-2800.

**From:** Kane, Mary (USANYW) [mailto:Mary.Kane@usdoj.gov]
**Sent:** Tuesday, June 04, 2019 4:17 PM
**To:** Bonsignore, James J.; silvermans@silvermanlaw.net
**Subject:** Eden Square-

Where will it close? In PA?
We will need final copy of closing statement.
Thanks,
Mary

# Mary Clare Kane

Assistant U.S. Attorney
Asset Forfeiture and Financial Litigation Unit
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, New York
Desk: (716)843-5809
Fax: (716)551-5563

```
Received: from EX2.woods.intra (172.30.1.146) by EX2.woods.intra
 (172.30.1.146) with Microsoft SMTP Server (TLS) id 15.0.1473.3 via Mailbox
 Transport; Wed, 5 Jun 2019 10:58:42 -0400
Received: from EX2.woods.intra (172.30.1.146) by EX2.woods.intra
 (172.30.1.146) with Microsoft SMTP Server (TLS) id 15.0.1473.3; Wed, 5 Jun
 2019 10:58:41 -0400
Received: from us-smtp-1.mimecast.com (172.30.10.252) by EX2.woods.intra
 (172.30.1.53) with Microsoft SMTP Server id 15.0.1473.3 via Frontend
 Transport; Wed, 5 Jun 2019 10:58:41 -0400
Received: from mx-jcotsa.usdoj.gov (mx-jcotsa.usdoj.gov [149.101.80.140])
 (Using TLS) by relay.mimecast.com with ESMTP id
 us-mta-314-FlUwhXTqOb6J10gOUCuYUw-1; Wed, 05 Jun 2019 10:58:35 -0400
Received: from mx.doj.gov ([10.187.9.62])
        by DJJMDCJC01-PPOINT10.jcots.jutnet.net (8.16.0.27/8.16.0.27) with ESMTP
id x55EwXaM003983;
        Wed, 5 Jun 2019 14:58:33 GMT
Received: from CAR-RDC03.car.doj.gov (car-rdc03.car.doj.gov [10.222.1.13])
        by pp-cefdc-03.doj.gov (8.16.0.21/8.16.0.21) with ESMTPS id
x55EwXRx011622
        (version=TLSv1 cipher=ECDHE-RSA-AES256-SHA bits=256 verify=NOT);
        Wed, 5 Jun 2019 14:58:33 GMT
Received: from USAHUBSML215.usa.doj.gov (10.222.1.61) by car-rdc03.car.doj.gov
 (10.222.1.13) with Microsoft SMTP Server id 14.2.347.0; Wed, 5 Jun 2019
 10:58:29 -0400
Received: from USAHUBSML213.usa.doj.gov (10.200.1.242) by
 USAHUBSML215.usa.doj.gov (10.200.1.245) with Microsoft SMTP Server (TLS) id
 15.0.1365.1; Wed, 5 Jun 2019 10:58:33 -0400
Received: from USAHUBSML212.usa.doj.gov (10.200.1.241) by
 USAHUBSML213.usa.doj.gov (10.200.1.242) with Microsoft SMTP Server (TLS) id
 15.0.1365.1; Wed, 5 Jun 2019 10:58:32 -0400
Received: from USAHUBSML212.usa.doj.gov ([fe80::8c38:2f8e:f149:753d]) by
 USAHUBSML212.usa.doj.gov ([fe80::8c38:2f8e:f149:753d%17]) with mapi id
 15.00.1365.000; Wed, 5 Jun 2019 10:58:32 -0400
From: "Kane, Mary (USANYW)" <Mary.Kane@usdoj.gov>
To: "Bonsignore, James J." <JBonsignore@woodsoviatt.com>, "'Samuel Silverman
 Esq,'" <silvermans@silvermanlaw.net>
CC: "Pronti, James P." <jpronti@woodsoviatt.com>, 'Zahava Silverman'
        <Zahava@silvermanlaw.net>
Subject: RE: Eden Square
Thread-Topic: Eden Square
Thread-Index:
AdUbE6NvzKmJiGitTgydotxGk5OZiAAJAf2AAAAZ7oAAAB3zAAAARzoAACRg7gAAAE1WgAAAIAoAAAhD
KtD//8V7AA==
Date: Wed, 5 Jun 2019 14:58:32 +0000
Message-ID: <2e4cbc0696664f79a7e4acda8f2ed475@USAHUBSML212.usa.doj.gov>
References: <73ef65f3eaaa4f87b11b7085c3089cd3@EX2.woods.intra>
 <008001d51b16$2525c380$6f714a80$@silvermanlaw.net>
 <e8aba972a6cb462e898b14004d04107e@USAHUBSML212.usa.doj.gov>
 <009701d51b17$05277f50$0f767df0$@silvermanlaw.net>
 <93583a3a2c6141fdb3061d28239af5fe@USAHUBSML212.usa.doj.gov>
 <009b01d51ba9$a5c594f0$f150bed0$@silvermanlaw.net>
 <7c18288939c14b728ee4d5d014f552cf@USAHUBSML212.usa.doj.gov>
 <00e701d51bab$5af34e70$10d9eb50$@silvermanlaw.net>
```

```
       <b9860d8b4f9a4f97b7ae8d8e47d23ea5@EX2.woods.intra>
In-Reply-To: <b9860d8b4f9a4f97b7ae8d8e47d23ea5@EX2.woods.intra>
Accept-Language: en-US
Content-Language: en-US
X-MS-Exchange-Organization-AuthSource: EX2.woods.intra
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [10.200.16.198]
authentication-results: relay.mimecast.com;      dkim=pass header.d=usdoj.gov
 header.s=doj header.b=ez89yIOj;       dmarc=pass (policy=reject)
 header.from=usdoj.gov; spf=pass (relay.mimecast.com: domain of
 mary.kane@usdoj.gov designates 149.101.80.140 as permitted sender)
 smtp.mailfrom=mary.kane@usdoj.gov
dkim-signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=usdoj.gov; h=from : to
 : cc : subject : date : message-id : references : in-reply-to : content-type
 : mime-version; s=doj; bh=T1WBRUAzwxU96SATKXjWZW2tdJOctVIK/pJ6mAtxArY=;
 b=ez89yIOjeTLFXy/aqmqTjKEbn7Bph9HvL5f5cttx58qJ2J57vQ6W+JsoS5RHNNqYImEJ
 1cQV7ADsejTunqAJeoX1e+D/RQhSptaYW+kmOfWVyOKBjwN1VLJnym7jYmOj3HPJoF5Z
 PldNXtg+FDovhaMMtUfyqj1vTL7SCeX6GpbCAp9y5ovQxBwNTr9mtzdPIfQXHU0AxU6q
 PfUtTOa+VYhasNZ+KKvocaHcWnFrVSzQv/c7wu/xkUpekx/Zyl+melKYWJafwYCrJq5w
 dluabqlsnFoormldV90Kk8+qiq8HJmmlm7hD58mv8HIR9kqZajD4BIL5IITK1gwWWoFP 4Q==
x-proofpoint-virus-version: vendor=fsecure engine=2.50.10434:,,
 definitions=2019-06-05_09:,, signatures=0
x-mc-unique: FlUwhXTqOb6J10gOUCuYUw-1
MIME-Version: 1.0
Content-Type: multipart/related;
        boundary="_004_2e4cbc0696664f79a7e4acda8f2ed475USAHUBSML212usadojgov_";
        type="multipart/alternative"
```