# Exhibit G



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

---

*Federal Center*      716/843-5700
*138 Delaware Avenue*      *fax* 716/551-3052
*Buffalo, New York 14202*      *Writer's Telephone:* 716/843-5868
     *Writer's fax:* 716/551-3052
     *Douglas.Penrose@usdoj.gov*

June 5, 2019

Joel M. Cohen
Gibson Dunn & Crutcher, LLP
200 Park Avenue
New York, New York 10166

     **Re:    Robert Morgan**
               **Superseding Indictment No. 18-108 EAW**

Dear Mr. Cohen:

     I am writing in response to your letter, dated June 3, 2019, seeking clarification of the government's position regarding the indicted properties in the Superseding Indictment, 08-CR-108-EAW. With respect to the indicted properties, it is the position of the government that we will allow sales of these properties to Bona Fide Purchasers (BFP) <u>only</u> if the net proceeds (after the normal expenses of the sale and the payment of valid liens and mortgages) are placed with the United States Marshals Service (USMS) to be held in the USMS' Seized Asset Fund as the substitute "res" for each individual property/complex.

     Each defendant or any third parties who believe they may have a claim to any portion of the net sale proceeds or "res" will have an opportunity in Court to make a claim or petition to any portion of the proceeds to which they believe they have a valid claim. This can be done through the criminal prosecution (as it applies to defendants). If after conviction, any third party may file a petition in the ancillary proceedings through the procedures set forth in Title 21, United States Code, Section 853(n).

     If you have any questions regarding this matter, please contact me at 716-843-5868.

                                                Very truly yours,

                                                JAMES P. KENNEDY, JR.
                                                United States Attorney

                        BY:    Douglas A. Penrose
                              Assistant United States Attorney