# Exhibit L



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York 14202*   Writer's Telephone:  716/843-5809
  Writer's fax:   716/551-3052
  Mary.kane@usdoj.gov

*Via email*

June 20, 2019

Joel M. Cohen, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

Re:   United States v. Giacobbe, et al.
      18-CR-00108

Dear Mr. Cohen:

I am in receipt of your letter that was transmitted to my office on June 19, 2019 at 6:33 p.m., regarding certain questions that you have about our office's position on the sale of properties in which your client has an interest. As your letter notes, we have already communicated with you both by letter and over the phone regarding our position. Nevertheless, your letter demands that we respond by June 21, 2019 at 10:00 am, without providing any specific justification for imposing this deadline. I am not aware of any reason why a response must be provided within this timeframe. We will, of course, respond to the questions raised in your letter promptly, but will not be able to do so by tomorrow morning.

Thank you for your consideration in this regard.

Very truly yours,

JAMES P. KENNEDY, JR.
United States Attorney

BY: *Mary Clare Kane/MES*

Mary Clare Kane
Assistant United States Attorney