# Exhibit P

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Joel M. Cohen
Direct: +1 212.351.2664
Fax: +1 212.351.5264
JCohen@gibsondunn.com

Client: 65461-00001

June 25, 2019

<u>VIA EMAIL</u>

Mr. John D. Fabian
Mr. Douglas A. Penrose
Ms. Mary C. Kane
Mr. Richard Kaufman
Assistant United States Attorneys
United States Attorney's Office for the Western District of New York
138 Delaware Avenue
Buffalo, New York 14202

Re:   <u>Robert Morgan, Superseding Indictment U.S. v. Giacobbe, et. al. (No. 18-108 EAW)</u>

Dear John, Doug, Richard, and Mary:

We write on behalf of our client, Mr. Robert C. Morgan, in the above-referenced action.

In light of today's telephone status conference with the Court, and in an effort to address ongoing confusion without needlessly burdening the Court with motion practice, we respectfully request the U.S. Attorney's Office for the Western District of New York ("U.S. Attorney's Office") confirm in writing by tomorrow, June 26, 2019, at 5 pm whether it will file a letter stating that, "in the referenced criminal action, there is no court order authorizing a pretrial restraint or seizure by the U.S. Attorney's Office of any property in which Mr. Robert C. Morgan, directly or indirectly, may have an ownership interest in and, as such, there is no restriction, impediment, or U.S. Attorney's Office opposition to the sale, transfer, or disposition of any proceeds of such properties."

We are happy to discuss further tomorrow.

Very Truly Yours,

*/s/ Joel M. Cohen*

Joel M. Cohen

Cc:   Mr. Lee G. Dunst
      Ms. Caitlin S. Walgamuth

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.