# Exhibit Q

| | |
|---|---|
| **From:** | Kane, Mary (USANYW) |
| **To:** | Cohen, Joel M.; Fabian, John (USANYW); Penrose, Douglas (USANYW); Kaufman, Richard (USANYW) |
| **Cc:** | Walgamuth, Caitlin S.; Dunst, Lee G. |
| **Subject:** | RE: |
| **Date:** | Wednesday, June 26, 2019 5:00:53 PM |
| **Attachments:** | 06262019165619.pdf |

[External Email]

Dear Mr. Cohen,

Attached is the government's response to your letter dated June 25, 2019.
We do not intend, or feel that it is appropriate, to file the letter on the docket.

Thank you,

Mary


Mary Clare Kane
Assistant U.S. Attorney
Asset Forfeiture and Financial Litigation Unit
U.S. Attorney's Office
138 Delaware Avenue
Buffalo, New York
Desk: (716)843-5809
Fax: (716)551-5563




-----Original Message-----
From: Cohen, Joel M. <JCohen@gibsondunn.com>
Sent: Tuesday, June 25, 2019 7:17 PM
To: Fabian, John (USANYW) <JFabian@usa.doj.gov>; Penrose, Douglas (USANYW) <DPenrose@usa.doj.gov>; Kaufman, Richard (USANYW) <RKaufman@usa.doj.gov>; Kane, Mary (USANYW) <MKane@usa.doj.gov>
Cc: Walgamuth, Caitlin S. <CWalgamuth@gibsondunn.com>; Dunst, Lee G. <LDunst@gibsondunn.com>
Subject:

Dear All,

Please see the attached letter.

Best regards, Joel


_____
 This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.
_____



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*
*138 Delaware Avenue*
*Buffalo, New York 14202*   Writer's Telephone: 716/843-5809
                             Writer's fax: 716/551-3052

Mary.Kane@usdoj.gov

<u>*Via email*</u>

June 26, 2019

Joel M. Cohen, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193

    Re:    <u>United States v. Robert Morgan, et al.</u>
            18-CR-00108

Dear Mr. Cohen:

    I am in receipt of your letter that was transmitted to my office on June 25, 2019 after the conference call with the Court. As you are aware, the government has filed *lis pendens* on eleven (11) properties that are the subject of forfeiture allegations in the Superseding Indictment.

    To date, the government has not otherwise made any legal claim on other properties affiliated with defendant, Robert Morgan.

    As a result, the government currently has and takes no position with respect to transactions involving these properties.

                                      Very truly yours,

                                      JAMES P. KENNEDY, JR.
                                      United States Attorney

                    BY:    *Mary Clare Kane*
                                  Mary Clare Kane
                                  Assistant United States Attorney

MCK/mej