UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
THE UNITED STATES OF AMERICA, :
:
:
v. :
:      18-CR-108-EAW
ROBERT C. MORGAN, :
:
*Defendant.* :
:
:
------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING
## MOTION FOR AN EXPEDITED HEARING

This matter having come before the Court, and the Court having considered the written submissions, and good cause having been shown, the Court hereby **ORDERS** as follows:

It is **ORDERED** that Defendant Robert C. Morgan's ("Mr. Morgan's") Motion for an Expedited Hearing is **GRANTED**.

Mr. Morgan's Motion for an order confirming the lack of pretrial restraint on Mr. Morgan's property and enjoining the government against further unlawful restraint (Dkt. __) shall be served by _____, 2019.

Responsive papers shall be served by _____, 2019.

Reply papers shall be served by _____, 2019.

A hearing on Mr. Morgan's Motion for an order confirming the lack of pretrial restraint on Mr. Morgan's property and enjoining the government against further unlawful restraint shall be held at _____ on _____, 2019.

**SO ORDERED**.


Dated:  Rochester, New York  
       July _____, 2019                                    _____  
                                                                           United States District Judge