IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                                           18-CR-00108-W

ROBERT MORGAN, et al.

                 Defendants.

---

## **NOTICE OF MOTION FOR EXPEDITED HEARING**

The United States of America, by its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Mary Clare Kane, Assistant United States Attorney, of counsel, respectfully moves this Court, pursuant to Local Rule of Criminal Procedure 12(f) and Local Rule of Civil Procedure 7(d)(1), the United States respectfully requests that the Court consider, on an expedited basis, the government's Motion for an Interlocutory Sale 9000 Old Station Road, Cranberry, Pennsylvania and known as Eden Square (hereinafter "Eden Square") made pursuant to Rule 32.2(b)(7) of the Federal Rules

of Criminal Procedure and G(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules"), previously filed herein.

DATED: Buffalo, New York, July 8, 2019.

JAMES P. KENNEDY, JR.
United States Attorney

By: s/MARY CLARE KANE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700 ext. 809
Mary.Kane@usdoj.gov