UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.

ROBERT MORGAN, FRANK GIACOBBE, TODD
MORGAN, AND MICHAEL TREMITI,

               Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.:  18-cr-108-EAW

**PLEASE TAKE NOTICE** that Brian Laudadio, Esq., of Bond, Schoeneck

& King, PLLC, hereby appears as attorney of record for Intervenor 59 Union LLC in the

above-captioned matter.

Dated:  July 15, 2019

BOND, SCHOENECK & KING, PLLC


By:  /s/ Brian Laudadio_____
   Brian Laudadio
350 Linden Oaks, Third Floor
Rochester, New York 14625
Telephone:  (585) 362-4700
E-mail:  blaudadio@bsk.com

*Attorneys for Intervenor – 59 Union LLC*

3377365.1