UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                      :

THE UNITED STATES OF AMERICA,      :

v.                                                        :      18-CR-108-EAW

ROBERT C. MORGAN, et al.               :

                          *Defendants.*       :

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Lee G. Dunst, of Gibson, Dunn & Crutcher LLP, withdraws his appearance in the above-captioned case on behalf of Defendant Robert C. Morgan, as he will be retiring from Gibson, Dunn & Crutcher LLP on or about May 1, 2022. Gibson, Dunn & Crutcher LLP and its attorneys that have appeared will continue to appear on behalf of Defendant Robert C. Morgan in this action.

Dated: March 31, 2022                        Respectfully submitted,

                                                                            /s/ *Lee G. Dunst*
                                                                            Lee G. Dunst

                                                                            GIBSON, DUNN & CRUTCHER LLP
                                                                            200 Park Avenue
                                                                            New York, New York 10166
                                                                            Tel: (212) 351-4000
                                                                            Fax: (212) 351-4035
                                                                            ldunst@gibsondunn.com

                                                                            *Counsel for Defendant Robert C. Morgan*